HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
mia_crager@fd.org

Attorney for Defendant
JESUS VALDEZ-INFANTE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS VALDEZ-INFANTE,<br><br>Defendant. | Case No. 2:16-CR-0137 KJM<br><br>**ORDER SEALING DOCUMENT**<br>~~(proposed)~~ |

Pursuant to Local Rule 141, based on a request to seal, the 52-page exhibit supporting his sentencing memorandum shall be SEALED until further order of this Court.

IT IS SO ORDERED.

Dated: January 17, 2018

HON. KIMBERLY J. MUELLER
United States District Judge